JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AGUILAR,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC<br><br>Defendant(s). | Case No.: CV23-1071 RGK (SHKx)<br><br>[PROPOSED] ORDER   [57]<br><br>HON. R. GARY KLAUSNER |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendant PORTFOLIO RECOVERY ASSOCIATES, LLC to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: 12/12/2023

*[signature: Gary Klausner]*

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO.: CV23-1071 RGK (SHKx)    *Aguilar v. Portfolio Recovery Associates, LLC, et al.*
**PROPOSED ORDER**